# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Baker, et al., v. City of Chicago, et al., | FILED: MAY 23, 2008<br>08CV3026  RCC<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dinah Baker, as mother and next best friend of Reginald Baker, a minor

| NAME (Type or print) |
|---|
| Francesca Mazzulla |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Francesca Mazzulla |

| FIRM   Law Offices of Lawrence V. Jackowiak |
|---|

| STREET ADDRESS 20 North Clark Street, Suite 1700 |
|---|

| CITY/STATE/ZIP  Chicago, Illinois 60602 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0387304 | 312-795-9595 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |