UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 3026 |
|---|---|
| Dinah Baker, as mother and next best friend of Reginald Baker, a minor, | Honorable Judge Marovich |
| v. | Magistrate Judge Nolan |
| City of Chicago, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant.

| SIGNATURE | |
|---|---|
| /s/ Anne K. Preston | Assistant Corporation Counsel |
| FIRM | |
| City of Chicago, Department of Law | |
| STREET ADDRESS | |
| 30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6287125 | (312) 742-4045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |