UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DINAH BAKER, as mother and next best )
friend of REGINALD BAKER, a minor, )
)
                Plaintiffs, )    No. 08 C 3026
)
  vs. )    Judge Marovich
)    Magistrate Judge Nolan
CITY OF CHICAGO, et al., )
)
                Defendants. )

## INITIAL STATUS REPORT

A.   This matter is set for an initial status hearing on Tuesday, August 19, 2008 at 11:00 a.m.

B.   Louis J. Meyer, Lawrence V. Jackowiak, and Daniel P. Kiss are the attorneys for the Plaintiff. Anne Preston is the attorney for the City of Chicago and Defendant-Officer Samuel Flores. Attorney Linda Hogan will be filing an appearance for Defendant Reginald Bell shortly. Attorney Meyer and Jackowiak are expected to try the case for Plaintiff.

C.   Jurisdiction for Plaintiff's federal claims is based on 28 U.S.C. §§ 1331 and 1343(a). Plaintiff claims unreasonable seizure, excessive force and an indemnification claim.

D.   Parties have requested a jury trial.

E.   The parities agree that Reginald Baker was a student at Tilden High School on December 19, 2007 and that Reginald was arrested.

     The legal and factual issues in dispute are whether the Defendant-Officers used any force and if any force was used, whether it was excessive. Additionally, whether there was probable cause to arrest Reginald.

F.   Plaintiff is seeking monetary relief.

G.   Plaintiff served summons along with a complaint on the Office of Legal Affairs at the Chicago Police Department Headquarters on June 2, 2008. No appearance has been filed on behalf of Defendant Reginald Bell as of August 12, 2008.

H.   Defendants Flores and City of Chicago may file a motion for summary judgment.

I. Fact Discovery to close on November 28, 2008. Plaintiff expert reports to be disclosed on November 28, 2008. Defendant expert reports to be disclosed on December 28, 2008. Expert discovery to close on January 31, 2009.

J. Parties will be ready for trial after the final pretrial order has been filed. Parties anticipate a 3-4 day trial in April of 2009.

K. No settlement discussions have taken place.

L. Parties do not consent to proceed before a magistrate.


Dated: August 13, 2008                                          Dated:  August 13, 2008

/s/ Louis J. Meyer                                              /s/ Anne Preston
Law Offices of Lawrence V. Jackowiak                            Assistant Corporation Counsel
20 North Clark Street, Suite 1700                               30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602                                         Chicago, Illinois 60602
(312) 795-9595                                                  (312) 742-4045
*Attorney for Plaintiff*                                        *Attorney for Defendant City of Chicago and Defendant-Officer Samuel Flores*