IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DINAH BAKER, as mother  and next best friend of  REGINALD BAKER, a minor, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 08 C 3026 |
| v. | ) ) | Honorable Judge Marovich |
| CITY OF CHICAGO,  Chicago Police Officer  REGINALD BELL, Star 5611, and  SAMUEL FLORES, Star 17305, | ) ) ) ) ) ) | Magistrate Judge Nolan  Jury Demand |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Lawrence V. Jackowiak
      Louis J. Meyer
      Daniel P. Kiss
      Law Offices of Lawrence V. Jackowiak
      20 N. Clark St., Suite 1700
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division,**DEFENDANT OFFICER FLORES AND DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR LEAVE TO FILE THEIR ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT INSTANTER**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Marovich, or before such other Judge sitting in his place or stead, on the 26th day of August, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

**DATED** at Chicago, Illinois this 17th day of August, 2008.

Respectfully submitted,

/s/ Anne K. Preston
ANNE K. PRESTON
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 742-4045
Atty No. 06287125