## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Dinah Baker, as mother and next friend of Reginald Baker, a minor  
v.  
City of Chicago, Chicago Police Officer Reginald Bell, Star 5611, et al.

Plaintiffs,

Defendants.

Case Number: 08 C 3026

Judge Marovich

Magistrate Nolan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
REGINALD BELL

| | |
|---|---|
| NAME (Type or print) **LINDA HOGAN** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) **s/Linda Hogan** | |
| FIRM **Board of Education of the City of Chicago** | |
| STREET ADDRESS **125 South Clark Street, Suite 700** | |
| CITY/STATE/ZIP **Chicago, Illinois 60603** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6227277** | TELEPHONE NUMBER **773-553-1700** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |