U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Dinah Baker, as mother and next friend of<br>Reginald Baker, a minor        Plaintiffs,<br>v.<br>City of Chicago, Chicago Police Officer<br>Reginald Bell, Star 5611, et al.,        Defendants. | Case Number: 08 C 3026<br><br>Judge Marovich<br><br>Magistrate Nolan |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REGINALD BELL

| |
|---|
| NAME (Type or print)<br>PATRICK J. ROCKS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Patrick J. Rocks |
| FIRM<br>Board of Education of the City of Chicago |
| STREET ADDRESS<br>125 South Clark Street, Suite 700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6189606 | TELEPHONE NUMBER<br>773-553-1700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐