## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3026 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Baker vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 8/26/2008 is stricken. Status hearing held. Defendants Flores and City of Chicago's agreed motion for leave to file their answer and defenses instanter [16] is granted. Defendant Bell's oral motion for leave to file his answer and defenses instanter is granted. Status hearing set for 10/14/2008 at 11:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|